9

Darnell D Brown — title — complaint

DOB: 7/28/1986
IOC: Muskegon County Jail
25. W Walton

Judge KASTRANVA
visiting Judge Christensen
's Corpus

Case: 4:24-cv-11343
Assigned To : Kumar, Shalina D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 5/21/2024
Description: PR Darnell D. Brown v. Christensen et al (JH)

My name is Darnell D Brown I am a inmate at Muskegon County Jail I am writing the federal courts hoping that by law that this complaint would be construed in its proper manner. I am currently being retaliated against by visiting Judge Christensen and his counter part Prosecutor Roberts. I am beyond afraid for my life at this point I know my rights have been violated. I am indigent and I have been denied access to law library so I can't fill out indigent form in this matter and I do not have the address to the federal building near me. I remember this address from a previous suit, this my only envelope I have been cut off of phone access, visits and commissary. My complaint is against the following. (State trooper Logan Dushan, Prosecutor Roberts, Judge Christensen) I have a previous suit 221 CV 14423 Darnell Brown V Sonia Warchock

## Statement of facts

Officer Dushan maliciously arrested me. He was called to a domestic complaint there was 2 couples. Both pair denied any assault, we were the visiting couple after being told repeatily by my companion nothing happened (He forged statements saying she "whispered to him that I punched her". He did not share this info with no other officer on the scene. The victim constantly repeated herself to him outloud even on the phone with my mother that "they was taking him to jail for no reason". Even when officer Dushan hours later visited the victims house she repeated the same thing to him but he still forged other statements to cover his "wanton" to arrest me. Dushan was initially upset because me and my girl (victim) refuse to give him our names It was a traffic stop the "Guy" in the other couple was taking us home because of a fued he and his girl had. They pulled him out the car so it wasn't necessary for him to get our names. After being detained he made contact with the victim. (Note I was in cuffs before he even talked to her) We both was in the car while he pulled the driver out. When he pulled me out the victim was seated in front of me in the passenger front seat. She told him then that he was wrong. He detained me took me away before he pulled her out (Point being) she didn't have to "whisper" Dushan said "whisper" because his body camera did not record it. Even after contact later (At rest) Dushans partner still didn't confirm Dushan story not even in the police report Main Point: Neither trooper showed up to preliminary examination

[1]

Trooper Dushan recieved a speculated story from hearsay resources he then forged these hearsay statements. If Dushan never conversed with his partner on the scene about these statements NOR did he bother to come to court to support his allegations, "saying he didn't know he was suppose to be there" the Judge granted the adjournment based on this information.

— Prosecutor Roberts maliciously prosecuted me, he told my lawyer that since I wasn't going to waive my Preliminary examination he would bring up more charges. Roberts used the exact same police report to charge me with another DV that Trooper Dushan falsely stated, saying that the "victim told him that I broke her arm a week prior to this episode" Roberts maliciously Prosecuted me from the same hearsay police report (I say hearsay because Dushan have to be there in support of his report for it to even be authentic. But he never showed NOR did he share this info with a supervisor nor Akers or any other officers at the scene. Roberts wantonly, out of anger Prosecuted me because (A) the victim showed up and told him the same thing she repeatly said to dushan at the scene and (B) I would not waive my (prelim). He asked for a new charge to be added in which he stated to the Judge "I am adding an additional charge in which I expect him to be arraigned on by tomorrow" as if he was commanding the Judge like they was teammates and Judge Christensen who is a visiting Judge made it his "business" to reside in Mathis court to arraign me the very next morning. (The victim wrote a statement to Roberts when asked for the letter he add charges)

— Judge Christensen. Once arraigned me against my 6th amendment rights so do to this event he now have "certain issues" with me I think he show up to do the "Dirty work" because when I talk to my lawyers "supervisor/chief public defender Fred Johnson he knew who it was I was talking about before I said the Judges name, he said that they have placed multiple complaints in with district about him. Judges Christensen without hesitation granted Roberts his request for adjournment without even tell allowing my counsel to rebuttal, when Roberts requested adjournment he immediately consulted the clerk for a new court date before any objections was made he chatted and laughed with Prosecutor afterward. Roberts was furious when asked for the letter that victim wrote this was another reason he added charges, "exculpatory evidence" Roberts stated that I had contact with victim so she recanted her statement but victim only said the same as what she said at the scene. Judge Christensen is very bias and I am affraid for my life to go infront of him he is visiting in (Judge Kastana) courtseem like he show up to only do the "Dirty work" He gave me a revoked bond for the original charge and for the new charge he gave an excessive bail of 250,000 to ensure I wouldn't get out. not ensure that I appear. All on dushans police report in which he did not show up for. Dushan is not noted to have victim

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE: Sat, Apr 20, 2024 | INCIDENT NO: 061-0003063-24 |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED: 0117 | FILE CLASS: 13001 |

### INTERVIEW VICTIM / ROSHELLE CLARK:

While Tpr. Akers was proceeding with the detainment of Darnell, I spoke with Roshelle Clark. Roshelle was visibly upset and emotional. Roshelle also appeared to be heavily intoxicated. While in front of Darnell, Roshelle said that he was being wrongfully detained and didn't understand what was going on.

I asked Roshelle what happened to her lip which was bloody and bruised. Initially, Roshelle yelled that nothing happened and Darnell was being wrongfully detained, yelling out that she loves him. After a short period of this, Roshelle whispered that Darnell punched her in the lip. Roshelle appeared and seemed as though she was extremely nervous to tell me the truth with Darnell nearby, but whispered what happened when she didn't believe he was listening or could hear her. Roshelle also stated she had a broken arm, which she said Darnell also caused the week prior. Roshelle was walked back to Deputy Bean's patrol vehicle where her injuries were photographed. The photographs were uploaded to the digital crime scene repository. Roshelle refused medical attention despite Tpr. Akers and I's recommendation, and stated she just wanted to go home.

### ACTION TAKEN / TRANSPORT / LODGED:

Deputy Bean transported Roshelle to her residence in the city of Muskegon. Myself and Tpr. Akers transported Tyrone to Muskegon County Jail for his OWI arrest. Deputy Bomers transported Darnell to the Muskegon County Jail for his arrest of DV 3rd for Tpr. Akers and I. After I went through the booking process with Tyrone and was administering a chemical breath test on him, Tpr. Akers went through the booking process with Darnell.

### RECONTACT ROSHELLE:

Roshelle was recontacted at her residence, 870 Fork St Apt 2, after Tpr. Akers and I left the jail. Roshelle was provided with her crime victim's rights at this point. Roshelle didn't remember telling us that Darnell hit her while we were conducting our initial investigation, and repeatedly stated we wrongfully put him in jail. Roshelle said that what actually happened was she got into an altercation with an unknown female at the residence named Ashley. Roshelle stated she was getting jealous because Darnell was flirting with this "white girl" and she confronted them about it, which started an altercation. Roshelle then stated Darnell "gaslit" her into thinking everything was her fault. Roshelle stated that while Darnell has hit her in the past and even broke her arm a short time ago, he did not hit her tonight. Roshelle stated she did not make a police report for her arm. Roshelle's arm was clearly injured, which was evident throughout our contact with her. Roshelle did state she received medical attention at the hospital after her arm was injured.

Again, Roshelle was going back and forth on what occurred and what didn't occur. Roshelle stated she did not wish to pursue any charges against this unidentified "Ashley." It is important to note that an Ashley was not identified in any of the vehicles that left the residence or while we were on scene at the residence. Roshelle was informed that she should stay with family for the next few days as we didn't know when Darnell would get out of jail. Tpr. Akers and I suggested this due to Darnell's violent criminal history and specifically, his domestic violence history. Roshelle was receptive to the suggestion and was conscious of Darnell's violent history, specifically with her.

| PAGE: 4 of 7 | INVESTIGATED BY: DUSHANE, LOGEN, 1716, TROOPER | INVESTIGATED BY: AKERS, RYAN, 1618, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 4/20/2024 10:27

EX-2
on
BACK

# Certificate of Service

I, Darnell D Brown hereby certify and confirm that I have writing these statements on this date 5-14-2024 And everything within these statements I will repeat In court, under oath as a sworn testimony. All statements that I have written is true by the best of my Knowledge and will be repeated if asked in the presence of any Judicial Party.

**Relief:** In this matter I Request the validity of my Arrest and detention, Habeas relief, injustice Relief, compensatory, And declaratory Relief. I Ask. For Judge Christensen not reside over my case In the following proceeding to come nor any case until thoroughly investigated for his persistent incompetence and temperance (MCR 9.202)

_5-15-2024_
DATE

_5/15/2024_
DATE

_Darnell Brown_
SIGNATURE

_____
WITNESS

Time writing: 1:00 PM 05

Sent out:

5/14/24 { Handed to: Officer Scott
Time Handed: 12:30
Contact witness: Officer Powers (declined)
Command: Wall and Bader (declined) }

Exibit 3

*Trooper Ryan Akers is noted on here for victim Roshel Clark but not one time in report did he mention or state in conversations he had with her, this is all "Dirty work" by troopers.*

| | Defendant's name and address | Victim or co... |
|---|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN | v DARNELL DEWAYNE BROWN  297 WASHINGTON AVE  MUSKEGON, MI 49441 | ROSHELLE CLARK  Complaining Witness  ROSHELLE CLARK |
| Codefendant(s) (if known) | | Date: On or about  04/20/2024 |
| City/Twp./Village  Montague Twp. | County in Michigan  MUSKEGON | Defendant TCN | Defendant CTN  61-24001354-01 | Defendant SID |
| Defendant DOB  Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN  Put DLN in Ref. No. row 3 on MC 97 | DLN Type:  Oper./Chauf | Vehicle Type | Defendant Sex  M | Defendant Race  B |
| Police agency report no.  M61 61-3063-24 | Charge  See below | | | Maximum penalty  See below | |

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**Witnesses**
TROOPER LOGEN DUSHANE     TROOPER LOGEN DUSHANE     TROOPER RYAN AKERS
ALYSSA LEWIS                          JAYLIN TEMPLE                     ROSHELLE CLARK

STATE OF MICHIGAN, COUNTY OF MUSKEGON.
The complaining witness says that on the date and at the location described, the defendant, contrary to law,

**COUNT 1: DOMESTIC VIOLENCE**
did make an assault or an assault and battery upon Rochelle Clark, an individual with whom he had a dating relationship; contrary to MCL 750.81(2). [750.812]
MISDEMEANOR: 93 Days and/or $500.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement.

**THIRD OFFENSE NOTICE**
   Take notice that the defendant was previously convicted of assaulting or assaulting and battering his or her spouse, former spouse, an individual with whom he or she had a dating relationship, an individual with whom he or she had a child in common, or a resident or former resident of his or her household, or of knowingly assaulting a pregnant individual by violating MCL 750.81(2) on or about 1/7/2019, and by violating MCL 750.81(2) on or about 5/30/2002, and therefore, upon conviction, will be subject to an enhanced sentence under MCL 750.81(5). [750.814]
FELONY: 5 Years and/or $5,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement.

**HABITUAL OFFENDER - THIRD OFFENSE NOTICE**
   Take notice that the defendant was twice previously convicted of a felony or an attempt to commit a felony in that on or about 3/17/2016, he or she was convicted of the offense of Assault with a Dangerous Weapon in violation of MI Law in the 14th Circuit Court for Muskegon, State of MI;
   And on or about 6/11/2008, he or she was convicted of the offense of Attempt Resist/Obstruct a Police Officer in violation of MI Law in the 14th Circuit Court for Muskegon, State of MI.
   Therefore, defendant is subject to the penalties provided by MCL 769.11. [769.11]
PENALTY: Twice the maximum sentence on primary offense or a lesser term. The maximum penalty cannot be less than the maximum term for a first conviction.

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest.

❏  The complaining witness asks that the defendant be apprehended and dealt with according to law.

*exibit 2*

# INMATE GRIEVANCE FORM

Exhibit 4

Inmate Name: Brown, Darnell

Date: 5-9-24  5/19/24

Cell: E5

Nature of Grievance: Retaliation / deprivation

**In the space below state the facts of your grievance.  Please Print**

I have written kites to command for lack of law access. Un thackitt command is aware of this already due to the order that came from them. I asked officer powers to be a witness on a certified mail delivery he declined, to ask command, they wanted to read my complaint first, I briefly summarized it to them. he was willing to sign it as long as they can read it. but when I sent just my certificate of service down command declined, and denied me law access during a ct critical moment. Command walls and Dodie both deprived me of access to law also stevenson. I'm sending this out because they are already retaliating against me. I am afraid to say or do anything about my court proceedings, excessive bail, denial of law access, malicious prosecution malicious arrest and the biasness and malicious conduct of Judicial tenent Judge Christensen / Kastrauva

Use additional forms if needed.  DO NOT USE THE BACK SIDE OF THIS FORM

exibit 5

## Summary of Events

I was easley arrested by LoGen Dushan. After being told repeatedly he still took me in. Trooper Akers never made contact with victim as the police report falsely reflect. Dushan forged statements from victim to secure an Arrest. When supeona to court he nor Akers did not show, victim showed up and because she wanted to testify that (nothing happen) Prosecutor Roberts asked for an Adjournment Based on the troopers Absence. Once my lawyer asked Roberts for the letter that the victim wrote to Prosecuting office. Roberts became upset and said If he send the letter he was adding charge. Law say all Evidence shall be shared but for some reason he tried to keep the letter secrete. He offered to drop the habitual if I waive preliminary Examination, I declined. He then asked for an Adjournment and before my Attorney could object Judge Christensen in his bias-ness inquired for a later date. In which my Attorney asked to object (note: Judge wasn't going to even hear him until he asked. He had already made his mind up to help Roberts) My Attorney made 2 Points it was well After 21 days (unless they could come with a date within 5 days) so they set it for almost 21 more days later. And the trooper being absence was not an excuse he said he wasn't aware that he had to be there. This is false he made the arrest he had 20 days in advance. Judge Christensen Immediately supported Roberts on malicious charges. He stepped in for (Mattis) the very next day outside of normal court proceedings this is malicious He revoked my bond on the first (DV) and on the second 1 that Roberts Added he gave me a 250,000 dollar bond, when the police report that they charged me from, troopers did not even come to court and validate or confirm what they said. The Judge said to me "I'll have them put a belly tasser on you and have you crying to your momma" violating 9.202 standard conduct. I am VERY AFRAID FOR MY LIFE. I need immediate help I have court 5-29-2024 Judge Christensen is incompetent and bias, untemperant, uncautrious, malicious long time prosecutor who defends current prosecutors. The are currently retaliating

Court Clerk: enclosed is a complaint
exibit 1 Police report, exibit 4 Grievance
exibit 2 certificate service — exibit 2 Police report   exibit 5 summary of complaint
exibit 3 Police Report

I hereby ask the court to waive fee's for complaint, I do not have access to the law library due to Judge Christensen taking all phone previlege, visits, commissary and access to law, I ask the courts to help send complaint to proper station I can't afford another evolope I am indigent. Please deliver complaint to parties — In addition this complaint could be sent in someone else's name do to retaliation from Judge and thank you Jail staff, I could not get shift command to allow any officers to sign as witness so im writing down the time and command names, officer powers is who I asked, he declined do to command declination, Walls and Bader Im sending a grievance do to retaliation

GRAND RAPIDS MI 493
16 MAY 2024 PM 2 L
U.S. MARSHALS

Federal Courts
231 Lafayette Blvd 5th Floor
Detroit, MI 48202

Muskegon County Jail
980 Terrace Street
Muskegon, MI 49440
Darnell Brown
E-5

46226-270099